UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEO DEVELOPMENT, LLC, et al., | CASE NO. C18-1551JLR |
| Plaintiffs, | ORDER DISMISSING COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION |
| v. | |
| GORDON THOMAS HONEYWELL, LLP, et al., | |
| Defendants. | |

Plaintiffs filed their complaint on October 19, 2018, alleging federal subject matter jurisdiction based on the parties' diversity of citizenship under 28 U.S.C. § 1332(a)(1). (*See* Compl. (Dkt. # 1) ¶¶ 35-42.) On November 8, 2018, the court issued an order to show cause regarding the court's subject matter jurisdiction. (OSC (Dkt. # 12).) The court explained that, for the purpose of assessing diversity jurisdiction, the court must consider the citizenship of all members or partners of a limited liability partnership, such as Defendant Gordon Thomas Honeywell, LLP ("GTH"). (*Id.* at 2.) However, Plaintiffs

1  failed to allege the citizenship of GTH's members or partners.  (*Id.* (citing Compl.).)  The

2  court ordered Plaintiffs to show cause within 14 days why the court should not dismiss

3  their complaint without prejudice for lack of subject matter jurisdiction.  (*Id.* at 3.)  On

4  December 3, 2018, Plaintiffs filed a late response to the court's order stating that they

5  "have no objection to the court's dismissal in accordance with the [o]der to [s]how

6  [c]ause."  (OSC Resp. (Dkt. # 17).)  Accordingly, the court DISMISSES Plaintiffs'

7  complaint without prejudice because Plaintiffs failed to demonstrate the court's subject

8  matter jurisdiction.[1]

9       Dated this 5th day of December, 2018.

10

11

12  JAMES L. ROBART
   United States District Judge

13

14

15

16

17

18

19

20

21

22

---

[1] As a result of this order, the court declines to consider Defendants' motion to strike the complaint.  (*See* Mot. to Strike (Dkt. # 14).)  The court DIRECTS the Clerk to terminate this motion at the time the Clerk closes this file.